**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GERARDO GONZALEZ-VALENCIA,**<br><br>Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

**NOTICE OF FILING LETTER IN SUPPORT OF**

**GERARDO GONZALEZ-VALENCIA FOR SENTENCING**

In anticipation of sentencing, we hereby file the following letter and certified

translation in support of GERARDO GONZALEZ-VALENCIA:

| NAME | RELATIONSHIP |
|---|---|
| BIBIANA HUBER | FRIEND |

Dated: April 10, 2023

Respectfully submitted,

*/s/ Stephen A. Best*

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
Telephone:  (202) 536-1700

1

sbest@brownrudnick.com

and

The L●S LAW FIRM
Lilly Ann Sanchez (admitted pro hac vice)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system. All participants registered through the Court's electronic filing system will be served by the CM/ECF system as required to be served by Federal Rule of Criminal Procedure 49(a)(3)(A).

Date: April 10, 2023

/s/ Stephen A. Best

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005

*Counsel for Defendant Gerardo Gonzalez-Valencia*

**From:** Bibiana Huber
**Date:** March 24, 2023 at 6:02:42 PM EDT
**To:** Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: CARTA A GERARDO**

Honorable Juez Beryl,

Me presento, soy Bibiana Huber, diseñadora Mexicana, CEO y Directora Creativa de un prestigiado estudio de arquitectura y diseño en Mexico.

Colaboré con Gerardo, diseñando y creando juntos uno de los mejores hoteles de México, un espacio mágico en una de las costas más espectaculares. Un hotel a luz de vela, ecológico, sustentable y operado por la calidez Mexicana.

Durante esos años de trabajo y colaboración, mi experiencia con Gerardo y Wendy su esposa fue muy trascendental en mi vida, los recuerdo y aprecio con mucho cariño. Gerardo es un ser lleno de luz y energía, su risa contagiaba a cualquiera a su alrededor.

Gerardo es un empresario responsable, un visionario, una persona que empuja por crear espacios de trabajo para todos, un hombre que confía e impulsa el talento joven, a las comunidades más necesitadas, a los artesanos, a la comunidad de pescadores, generando equipos de trabajo y sinergias por un bien común.

Recuerdo que era muy querido por todo el pueblo, se sentaba a comer con las familias y los trabajadores del Hotel, ayudaba a todos los que lo

1

rodeaban, tenía la gran habilidad de conectar con el trabajador más humilde y con el empresario más exitoso.

Un hombre muy familiar, dedicado a su trabajo, su esposa, sus hijos, sus amigos. Un hombre que impulsó México, un soñador con gran sensibilidad.

No tengo más que buenos recuerdos de trabajar con el, con su gran sonrisa y trato amable a cada uno de los proveedores y colaboradores que estuvimos a su lado en algún proyecto.

Aprendí mucho de él, siempre priorizaba dar trabajo a la mano de obra Mexicana, al pueblo, dio grandes oportunidades a las comunidades etnicas.

Desconozco las acusaciones en su contra, lo que me consta es mi experiencia con el, nunca lo vi lastimando ó haciendo daño, sino todo lo contrario, lo vi tratar con cariño y respeto a todos. Espero mi experiencia lo ayude a tomar una decisión más informada sobre el destino de la vida de Gerardo y la de su familia.

Gracias por su tiempo y atención.
--

Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco

2

**From:** Bibiana Huber
**Date:** March 24, 2023 at 6:02:42 p.m. EDT
**To:** Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: LETTER FOR GERARDO**

------------------------------------------------------------------------

Dear Judge Beryl,

My name is Bibiana Huber, I am a Mexican designer, CEO and Creative Director of a prestigious architectural and design firm in Mexico.

I worked alongside Gerardo, both of us designing and creating one of the best hotels in Mexico. It was a magical location on one of the most spectacular coasts. A candlelight, environmentally friendly, sustainable hotel operating under the warmth of Mexico.

During those years of work and collaboration, my experience with Gerardo and Wendy, his wife, was extremely transcendental in my life. I remember and cherish them with great fondness. Gerardo is someone who is full of light and energy; his laughter was contagious for anyone around him.

Gerardo is a responsible businessman, a visionary, and someone who strives to create work spaces for everybody. He is a man who has faith in and encourages young talent, the most deprived communities, artisanal workers and the fishing community, generating work and synergy for a common good.

I remember that he was much loved by the whole town. He would sit and eat with the families and employees of the Hotel, helping everybody who surrounded him.

1

2

He had this wonderful ability to connect with either the humblest of workers or the most successful of businessmen.

He was such a family man, dedicated to his work, his wife, his children, and his friends. He was a man who pushed Mexico forward; a dreamer with great sensitivity.

I have nothing other than good memories of working with him, with his big smile and kind treatment towards each and every supplier and employee who worked alongside him on any given project.

I learned a lot from him, and he would always prioritize providing work to Mexican manpower, to the people, and providing great opportunities to ethnic communities.

I am unaware of the accusations against him and can only affirm my experience with him. I never saw him cause harm or hurt anybody; on the contrary, he was kind and respectful towards everybody. I hope my experience aids you in making a more informed decision as regards the fate of Gerardo and that of his family.

Many thanks for your time and attention.
--


Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco

2



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Bibiana Huber**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
March 31, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE