**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GERARDO GONZALEZ-VALENCIA,**<br><br>Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Gerardo Gonzalez-Valencia, the defendant, by and through the consent of his attorneys, Stephen A. Best and Lilly Ann Sanchez, and the United States of America, by Kaitlin Julia Sahni, Kate M. Naseef, and Kirk Kenneth Handrich, Trial Attorneys, that:

1. In 2009, Gerardo Gonzalez-Valencia relocated his primary residence from Guadalajara, Mexico to Argentina.

2. In or around early 2012, Mr. Gonzalez-Valencia and his family moved to Punta Del Este, Uruguay, where they lived until his arrest.

3. Between 2009 and April 22, 2016, the day of his arrest, Mr. Gonzalez-Valencia's primary residence was outside of Mexico.

4. IT IS FURTHER STIPULATED AND AGREED that this Stipulation is admissible in evidence as a Defendant Exhibit at sentencing.

1

Dated: April 18, 2023

Respectfully submitted,


<u>    /s/                              </u>                    ARTHUR G. WYATT, Chief
Brown Rudnick LLP                          Narcotic and Dangerous Drug Section
Stephen Best                               Criminal Division
601 Thirteenth Street, NW                  United States Department of Justice
Suite 600
Washington, DC 20005                       <u>    /s/                          </u>
202-536-1732                               Kaitlin Sahni
sbest@brownrudnick.com                     Kate Naseef
                                           Kirk Handrich
The LS Law Firm                            Trial Attorneys
Lilly Ann Sanchez (admitted *pro hac vice*)  Narcotic and Dangerous Drug Section
Four Seasons Tower, Suite 1200             Criminal Division
1441 Brickell Avenue                       United States Department of Justice
Miami, FL 33131                            Washington, D.C. 20530
305-503-5503                               202-514-0917
lsanchez@thelsfirm.com                     Kaitlin.Sahni@usdoj.gov


Counsel for the Defendant                  Counsel for the Government