**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. 16-65-1 (BAH) |
| GERARDO GONZALEZ-VALENCIA,<br>    also known as "Lalo," "Flaco,"<br>    "Silver," "Silverio," "Eduardo," and<br>    "Laline" | Judge Beryl A. Howell |
| Defendant. | |

**FINAL ORDER OF FORFEITURE FOR MONEY JUDGMENT**

WHEREAS, on July 18, 2023, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rule of Criminal Procedure, determined that Defendant Gerardo Gonzalez Valencia, also known as "Lalo," "Flaco," "Silver," "Silverio," "Eduardo," and "Laline," (hereinafter "Defendant"), obtained $341,000,000 in proceeds from the offense alleged in Count One of the Indictment, for which the Defendant has been convicted;

WHEREAS, the United States previously moved for entry of a Preliminary Order of Forfeiture, which would consist of a personal money judgment against the Defendant in the amount of a sum of money equal to the value of the property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offense to which he was found guilty and requested that the amount of the judgment be calculated prior to sentencing;

WHEREAS, Defendant entered a plea of guilty on December 22, 2022, of the offense of conspiracy to distribute five kilograms or more of cocaine, for importation into the United States, in violation of to 21 U.S.C. §§ 959(a), 960, 963and 970 in Count One of the Indictment;

1

WHEREAS, prior to sentencing on July 21, 2023, the United States requested a money judgment against the Defendant for $341,000,000 and offered evidence in support of that amount;

WHEREAS, this Court calculated that a money judgment against Defendant in the amount of $341,000,000.00 was supported by the evidence; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of money judgment."

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED, AND DECREED** that Defendant shall forfeit to the United States the sum of $341,000,000.00 pursuant to 21 U.S.C. §§ 853 and 970; it is further

**ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; it is further

**ORDERED** that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; it is further

**ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $341,000,000.00 to satisfy the money judgment in whole or in part; and it is further

**ORDERED** that the Clerk of the Court shall forward four certified copies of this order to counsel for the United States.

**SO ORDERED.**

Date:  July 21, 2023

_____
**BERYL A. HOWELL**
United States District Judge

2